FILED ___   RECEIVED ___
ENTERED ___   SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 1 4 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TARL BRANDON,<br><br>　　　　　Defendant. | 2:10-CR-209-KJD-(VCF)<br>2:10-CR-407-KJD-(GWF) |

## ORDER OF FORFEITURE

This Court found on June 25, 2012, in 2:10-CR-209-KJD-(VCF), that TARL BRANDON shall pay a criminal forfeiture money judgment of $1,569,599.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Jury Trial Minutes, ECF No. 97; Jury Verdict, ECF No. 99; Order of Forfeiture, ECF No. 105.

This Court also found on June 25, 2012, in 2:10-CR-407-KJD-(GWF), that TARL BRANDON shall pay a criminal forfeiture money judgment of $5,942,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Jury Trial Minutes, ECF No. 93; Jury Verdict, ECF No. 95; Order of Forfeiture, ECF No. 102.

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2  States recover from TARL BRANDON in 2:10-CR-209-KJD-(VCF) and in 2:10-CR-407-KJD-(GWF)
3  a criminal forfeiture money judgment in the amount of $9,333,500.00 in United States Currency
4  pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C)
5  and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A);
6  and Title 21, United States Code, Section 853(p).

DATED this 15 day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE

2